**Charles Robert MORRIS, III,
Plaintiff–Appellant,**

v.

**Harold W. CLARKE, Director of D.D.C.;
Warden of Coffee Wood; Coffee Wood
Medical Staff, Medical Department,
Defendants–Appellees.**

No. 14–6544.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Sept. 3, 2014.

Charles Robert Morris, III, Appellant pro se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Robert Morris, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morris v. Clarke,* No. 2:14–cv–00022–RBS–DEM (E.D.Va. Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*